| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | Joel D. Smith (State Bar No. 244902) |
|   | 1990 North California Blvd., Suite 940 |
| 3 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 4 | Facsimile:  (925) 407-2700 |
|   | E-mail: jsmith@bursor.com |
| 5 | |
| 6 | **BURSOR & FISHER, P.A.** |
|   | Frederick J. Klorczyk III (State Bar No. 320783) |
| 7 | 888 Seventh Avenue |
|   | New York, NY 10019 |
| 8 | Telephone: (646) 837-7150 |
|   | Facsimile:  (212) 989-9163 |
| 9 | E-mail:  fklorczyk@bursor.com |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY YOON, individually and on behalf of all others similarly situated, | Case No. 5:22-cv-01032 |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| BEYOND MEAT, INC., a Delaware Corporation | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL; CASE NO. 5:22-CV-01032

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses this action
2  without prejudice.
3
4
5  Dated: September 15, 2022       Respectfully submitted,
6                                  **BURSOR & FISHER, P.A**.
7                                  By:   */s/ Joel D. Smith*
8                                  Joel D. Smith (State Bar No. 244902)
9                                  1990 North California Boulevard, Suite 940
                                   Walnut Creek, CA  94596
10                                 Telephone: (925) 300-4455
                                   Facsimile:  (925) 407-2700
11                                 E-Mail:  jsmith@bursor.com
12                                 **BURSOR & FISHER, P.A.**
13                                 Frederick J. Klorczyk III (State Bar No. 320783)
                                   888 Seventh Avenue
14                                 New York, NY 10019
                                   Telephone: (646) 837-7150
15                                 Facsimile: (212) 989-9163
                                   Email:  fklorczyk@bursor.com
16
17                                 *Attorneys for Plaintiff*
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL; CASE NO. 5:22-CV-01032